1  Geri N. Kahn (State Bar Number 148536)
   geri@gerinkahn.com
2  Law Office of Geri N. Kahn
   465 California Street, Suite 607
3  San Francisco, CA 94104
   Tel. (415) 397-5446
4  Fax (707) 312-8271

5

6  Attorney for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 Joe Pires,                                  Case No. **2:20-cv-01073 KJN**

12      Plaintiff,                             **Stipulation of Extension of Time for Plaintiff to file brief in support of Motion for Summary Judgment; Order**

13 vs.

14 Andrew Saul, Commissioner of Social Security,

15      Defendant.

16
        Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of
17
   record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time for Plaintiff's
18
   counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:
19

20   1.   Plaintiff's counsel is a sole practitioner and has other cases with impending deadlines.
21        She has no one else to whom she can delegate the work.  She needs additional time to
22        complete the brief.

23   2.   Plaintiff's counsel has emailed Marcelo Illarmo, Esq., defendant's counsel.  Mr. Illarmo
24        has indicated that he is agreeable to a 30- day extension of time for counsel to prepare her
25        brief.

26   3.   Should the request be granted, Plaintiff's brief will be due on February 8, 2021,
27        Defendant's reply brief on March 10, 2021, and Plaintiff's optional response brief on
28        March 31, 2021.

Respectfully submitted,

Dated: January 7, 2021   /s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: January 7, 2021   /s/ Marcelo N. Illarmo
MARCELO N. ILLARMO
Special Assistant United States Attorney
(*By email authorization on January 7, 2021)

**ORDER**

Pursuant to stipulation, IT IS ORDERED THAT:

Plaintiff's brief in support of his Motion for Summary Judgment is due on or before February 8, 2021, Defendant's response brief is due on or before March 10, 2021, and Plaintiff's optional reply brief is due on or before March 31, 2021.

Dated: January 11, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE