Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 607
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (707) 312-8271

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Joe Pires,

     Plaintiff,

vs.

Andrew Saul, Commissioner of Social Security,

     Defendant.

Case No. **2:20-cv-01073 KJN**

**Stipulation of Extension of Time for Plaintiff to file brief in support of Motion for Summary Judgment; Order**

     Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1.    Plaintiff's counsel has been unable to complete the brief due to the illness and departure of her paralegal.  Counsel has had to do work that would otherwise have been done by her assistant.   Counsel is in the process of hiring a new assistant and will soon be able to complete the brief.

2.    Plaintiff's counsel has emailed Marcelo Illarmo, Esq., defendant's counsel.  Mr. Illarmo has indicated that he is agreeable to a 14- day extension of time for counsel to prepare her brief.

3.      Should the request be granted, Plaintiff's brief will be due on February 22, 2021,

Defendant's reply brief on March 24, 2021, and Plaintiff's optional response brief on

April 7, 2021.

Respectfully submitted,

Dated: February 5, 2021                       /s/ Geri N. Kahn
                                              GERI N. KAHN
                                              Attorney for Plaintiff

Dated:  February 5, 2021                      /s/ Marcelo N. Illarmo
                                              MARCELO N. ILLARMO
                                              Special Assistant United States Attorney
                                              (*By email authorization on February 5, 2021)

**ORDER**

Pursuant to stipulation, IT IS ORDERED that:

Plaintiff's brief in support of the Motion for Summary Judgment is due on or before February 22, 2021;

Defendant's response brief is due on or before March 24, 2021, and Plaintiff's optional reply brief is due

on or before April 7, 2021.

Dated:  February 8, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE