PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8944
     Facsimile: (415) 744-0134
     E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE PIRES, <br><br> Plaintiff, <br><br> v. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:20-cv-01073-KJN <br><br> STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from March 24, 2021 to April 7, 2021. This is Defendant's first request for an extension of time to respond to Plaintiff's motion for summary judgment. Defendant respectfully requests this additional time because counsel has three additional briefs due around the same time, and needs additional time for briefing.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall serve and file a responsive brief on or before April 7, 2021; and

Stip. & Prop. Order for Ext.;   Case 2:20-cv-01073-KJN      1

- Plaintiff may serve and file a reply within 21 days of service of defendant's responsive brief (on or before April 28, 2021).

Respectfully submitted,

Dated: March 16, 2021        */s/ Geri Nadine Kahn\**
(*as authorized via e-mail on 3/15/21)
GERI NADINE KAHN
Attorney for Plaintiff

Dated: March 16, 2021        PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: March 17, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE